IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SAJID F. LESLIE, | ) |
|     Petitioner-Appellant, | ) |
| vs. | )    Case No. CV115-130 |
| WARDEN, | ) |
|     Respondent-Appellee. | ) |

## O R D E R

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for appointment of counsel having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 2nd day of October, 2017

J. Randal Hall, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA